United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CORWIN, derivatively on behalf of JDS Uniphase, Inc.<br><br>    Plaintiff,<br><br>  v.<br><br>MARTIN A. KAPLAN, et al<br><br>    Defendants.<br>_____<br>RUSSELL TRASKY,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEF STRAUS, et al.,<br><br>    Defendants.<br>_____/ | No. 02-02020 CW<br><br>ORDER CONSOLIDATING CASES |

    Pursuant to the attached Pretrial Order No. 1 filed on October 29, 2006, in C-02-2020 CW, <u>Corwin v. Kaplan,</u>

    IT IS HEREBY ORDERED that the above-captioned cases are CONSOLIDATED. Pursuant to Pretrial Order No. 1, if a party objects to such consolidation, or to any other provisions of Pretrial Order No. 1, the party must file an application for relief from Pretrial

Order No. 1 within thirty (30) days after the date a copy of the Order is mailed to the party's counsel.

The Case Management conference, previously set for April 7, 2006, in C-05-4588 CW, <u>Trasky v. Straus</u>, is vacated.

Dated  3/16/06

CLAUDIA WILKEN
United States District Judge