| | |
|---|---|
| RICHARD S.E. JOHNS, (SBN 053024)<br>KIPPERMAN & JOHNS<br>57 Post Street, Suite 604<br>San Francisco, California 94104<br>Telephone: (415) 781-8494<br>Facsimile: (415) 397-0792<br><br>RICHARD B. BRUALDI<br>GAITRI BOODHOO<br>AYESHA N. ONYEKWELU<br>THE BRUALDI LAW FIRM, P.C<br>29 Broadway, Suite 1515<br>New York, New York 10006<br>Telephone: (212) 952-0602<br><br>SCOTT W. FISHER<br>GARWIN GERSTEIN & FISHER LLP<br>1501 Broadway<br>New York, New York 10036<br>Telephone: (212) 398-0055<br><br>Attorneys for Plaintiffs | JORDAN ETH (SBN 121617)<br>TERRI GARLAND (SBN 169563)<br>PHILIP T. BESIROF (SBN 185053)<br>RAYMOND M. HASU (SBN 200058)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile:  (415) 268-7522<br>Email:  RHasu@mofo.com<br><br>Attorney for Nominal Defendants JDS<br>Uniphase Corporation and Individual<br>Defendants Jozef Straus, Don Scifres,<br>Martin A. Kaplan, Bruce D. Day,<br>Robert E. Enos, Peter A. Guglielmi,<br>John A. MacNaughton, Wilson Sibbett,<br>Anthony R. Muller, M. Zita Cobb,<br>Joseph Ip, Charles J. Abbe, Frederick L<br>Leonberger, Michael C. Phillips, and<br>Harry Deffebach |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT CORWIN, Derivatively On Behalf of JDS UNIPHASE CORPORATION,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>MARTIN A. KAPLAN, et al.,<br><br>　　　　　　　　　　　Defendants.<br><br>　and<br><br>JDS UNIPHASE CORPORATION, a Delaware corporation,<br><br>　　　　　　　　　Nominal Defendant. | Case No. C-02-2020 CW<br><br>**ORDER DENYING STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, a case management conference in this action is scheduled for December 4, 2007, at 2:00 p.m.;

WHEREAS, the parties have agreed that it would be appropriate to continue the case management conference until after entry of judgment in the related securities action, *In re JDS Uniphase Corporation Securities Litigation*, Master File No. C-02-1486 CW (EDL);

NOW, THEREFORE, the parties stipulate that the case management conference in this action shall be continued to January 29, 2008, at 2:00 p.m., or another time convenient for the Court.

Dated: December 2, 2007

JORDAN ETH
TERRI GARLAND
PHILIP T. BESIROF
RAYMOND M. HASU
MORRISON & FOERSTER LLP

By: _____/s/ Raymond M. Hasu_____
        Raymond M. Hasu

Attorneys for Nominal Defendant JDS Uniphase Corporation and Individual Defendants Jozef Straus, Don Scifres, Martin A. Kaplan, Bruce D. Day, Robert E. Enos, Peter A. Guglielmi, John A. MacNaughton, Wilson Sibbett, Anthony R. Muller, M. Zita Cobb, Joseph Ip, Charles J. Abbe, Frederick L. Leonberger, Michael C. Phillips, and Harry Deffebach

RICHARD JOHNS
KIPPERMAN & JOHNS

RICHARD B. BRUALDI
GAITRI BRUALDI
AYESHA ONYEKWELU
THE BRUALDI LAW FIRM, P.C.

SCOTT W. FISHER
GARWIN GERSTEIN & FISHER LLP

By: _____/s/ Richard B. Brualdi_____
        Richard B. Brualdi

Attorneys for Plaintiffs

**ORDER**

Good cause appearing, IT IS SO ORDERED:

1. The case management conference currently scheduled for December 4, 2007, shall be **held as scheduled**.

Dated:  December _3__, 2007

_____
The Honorable Claudia Wilken
United States District Judge