1  JAMES P. BENNETT (BAR NO. 65179)
   JORDAN ETH (BAR NO. 121617)
2  TERRI GARLAND (BAR NO. 169563)
   PHILIP T. BESIROF (BAR NO. 185053)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522
   Email: tgarland@mofo.com
6
7  Attorneys for Defendants JDS Uniphase Corporation,
   Jozef Straus, Anthony Muller, Charles Abbe, Don
   Scifres, Martin A. Kaplan, Bruce D. Day, Robert E.
8  Enos, John A. MacNaughton, Wilson Sibbett, M. Zita
   Cobb, Joseph Ip, Frederick L. Leonberger, Michael C.
9  Phillips, and Harry Deffebach

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>JDS UNIPHASE CORPORATION, *et al.*,<br><br>Defendants. | No. C-07-0584 CW<br><br>**STIPULATION AND ORDER CONTINUING MARCH 18, 2008 CASE MANAGEMENT CONFERENCES AS MODIFIED** |
| SHIRLEY ZELMAN, TRUSTEE, F/B/O SHIRLEY ZELMAN LIVING TRUST, on behalf of plaintiff and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JDS UNIPHASE CORPORATION, *et al.*,<br><br>Defendants. | Master File No. C-02-4656 CW |

*Caption continues on following page*

| | |
|---|---|
| ROBERT CORWIN, Derivatively On Behalf of JDS UNIPHASE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>MARTIN A. KAPLAN, *et al.*,<br><br>Defendants.<br><br>and<br><br>JDS UNIPHASE CORPORATION, a Delaware corporation,<br><br>Nominal Defendant. | Case No. C-02-2020 CW |

1 | WHEREAS, on May 3, 2007, the Court entered a Minute Order and Case Management Order
2 | that established a schedule for the *Central States* case;

3 | WHEREAS, on January 15, 2008, the Court entered a Revised Stipulation and Order
4 | Regarding Case Management that established a revised schedule for the *Central States* case;

5 | WHEREAS, on February 6, 2008 the Court entered a Clerk's Notice Continuing Case
6 | Management Conference that continued the case management conferences in the *Central States*,
7 | *Zelman*, and *Corwin* actions previously set for February 19, 2008, to March 18, 2008 at 2:00 p.m. and
8 | directed the parties to file updated Case Management Conference Statements one week prior to the
9 | conferences;

10 | WHEREAS, the *Central States*, *Zelman*, and *Corwin* cases arise from facts and circumstances
11 | at issue in *In re JDS Uniphase Corp. Sec. Litig.*, Master File No. C-02-1486 CW (EDL) (the "Related
12 | Class Action");

13 | WHEREAS, post-trial proceedings have not concluded and judgment has not been entered in
14 | the Related Class Action;

15 | WHEREAS, the final disposition of the Related Class Action might affect proceedings in the
16 | *Central States*, *Zelman*, and *Corwin* cases;

17 | WHEREAS, given the above, the parties in the *Central States*, *Zelman*, and *Corwin* actions
18 | believe that it would promote efficiency and conserve judicial resources to continue the March 18,
19 | 2008 case management conferences to a date after the post-trial proceedings in the Related Class
20 | Action have concluded and judgment in the Related Class Action has been entered;

21 | IT IS HEREBY STIPULATED by and between the parties in the *Central States*, *Zelman*, and
22 | *Corwin* actions, through their counsel of record, that:

23 | 1. The March 18, 2008 case management conferences in the *Central States*, *Zelman*, and
24 | *Corwin* actions shall be rescheduled to a date not less than 30 days after the post-trial proceedings in
25 | the Related Class Action have concluded and judgment in the Related Class Action has been entered.

| | | |
|---|---|---|
| 1 | Dated: March 10, 2008 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | | CHRISTOPHER P. SEEFER |
| | | DANIEL J. PFEFFERBAUM |
| 3 | | 100 Pine Street, Suite 2600 |
| | | San Francisco, California 94111 |
| 4 | | Telephone: (415) 288-4545 |
| | | Facsimile: (415) 288-4534 |
| 5 | | Email: chriss@csgrr.com |

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SPENCER A. BURKHOLZ
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

By: /s/ Christopher P. Seefer
Christopher P. Seefer

Attorneys for Plaintiff Central States, Southeast and Southwest Pension Fund

Dated: March 10, 2008

MORRISON & FOERSTER LLP
JAMES P. BENNETT
JORDAN ETH
TERRI GARLAND
PHILIP T. BESIROF
DOROTHY L. FERNANDEZ
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: tgarland@mofo.com

By: /s/ Terri Garland
Terri Garland

Attorneys for Defendants JDS Uniphase Corporation, Jozef Straus, Anthony Muller, Charles Abbe, Don Scifres, Martin A. Kaplan, Bruce D. Day, Robert E. Enos, John A. MacNaughton, Wilson Sibbett, M. Zita Cobb, Joseph Ip, Frederick L. Leonberger, Michael C. Phillips, and Harry Deffebach

STIPULATION AND [PROPOSED] ORDER CONTINUING MARCH 18, 2008 CASE MANAGEMENT CONFERENCES
MASTER FILE NO. C-02-4656 CW AND CASE NOS. C-02-2020 CW AND C-07-0584 CW
sf-2479914

2

| | | |
|---|---|---|
| 1 | Dated: March 10, 2008 | HELLER EHRMAN LLP<br>MICHAEL J. SHEPARD<br>HOWARD S. CARO<br>333 Bush Street<br>San Francisco, California 94104-2878<br>Telephone: (415) 772-6000<br>Facsimile: (415) 772-6268<br>Email: howard.caro@hellerehrman.com |

Dated: March 10, 2008

HELLER EHRMAN LLP
MICHAEL J. SHEPARD
HOWARD S. CARO
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: howard.caro@hellerehrman.com

HELLER EHRMAN LLP
MICHAEL L. CHARLSON
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638


By: /s/ Howard S. Caro
        Howard S. Caro

Attorneys for Defendant Kevin Kalkhoven

Dated: March 10, 2008

KIRBY McINERNEY & SQUIRE LLP
IRA M. PRESS
MARK A. STRAUSS
830 Third Avenue, 10th Floor
New York, New York 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
Email: ipress@kmllp.com

GLANCY, BINKOW & GOLDBERG LLP
LIONEL GLANCY
SUSAN G. KUPFER
455 Market Street, Suite 1810
San Francisco, CA 94105
Telephone: (415) 972-8160
Facsimile: (415) 972-8166

GLANCY, BINKOW & GOLDBERG LLP
PETER A. BINKOW
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160


By: /s/ Ira M. Press
        Ira M. Press

Attorneys for Plaintiff Shirley Zelman, Trustee,
F/B/O Shirley Zelman Living Trust

STIPULATION AND [PROPOSED] ORDER CONTINUING MARCH 18, 2008 CASE MANAGEMENT CONFERENCES
MASTER FILE NO. C-02-4656 CW AND CASE NOS. C-02-2020 CW AND C-07-0584 CW
SF-2479914

3

| | |
|---|---|
| Dated: March 10, 2008 | THE BRUALDI LAW FIRM P.C.<br>RICHARD B. BRUALDI<br>GAITRI BOODHOO<br>AYESHA N. ONYEKWELU<br>29 Broadway, Suite 2400<br>New York, New York 10006<br>Telephone: (212) 952-0602<br>Facsimile: (212) 952-0608<br><br>GARWIN GERSTEIN & FISHER LLP<br>SCOTT W. FISHER<br>1501 Broadway<br>New York, New York 10036<br>Telephone: (212) 398-0055<br>Facsimile: (212) 764-6620<br><br>KIPERMAN & JOHNS<br>RICHARD S.E. JOHNS<br>57 Post Street, Suite 604<br>San Francisco, California 94104<br>Telephone: (415) 781-8494<br>Facsimile: (415) 397-0792<br><br>By: /s/ Richard B. Brualdi<br>    Richard B. Brualdi<br><br>Attorneys for Plaintiff Robert Corwin |

**ORDER**

IT IS SO ORDERED, **EXCEPT THAT THE CASE MANAGEMENT CONFERENCE WILL BE HELD ON MAY 6, 2008, AT 2:00 P.M.**

Dated: March 12, 2008

_____
The Honorable Claudia Wilken
United States District Judge

## GENERAL ORDER 45 ATTESTATION

I, Raymond M. Hasu, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the March 18, 2008 Case Management Conferences. In compliance with General Order 45, X.B., I hereby attest that Terri Garland, Howard S. Caro, Christopher P. Seefer, Richard P. Brualdi, and Ira M. Press have concurred in this filing.

Dated: March 10, 2008                MORRISON & FOERSTER LLP

                                      By: /s/ Raymond M. Hasu
                                             Raymond M. Hasu