1  JAMES P. BENNETT (BAR NO. 65179)
   JORDAN ETH (BAR NO. 121617)
2  TERRI GARLAND (BAR NO. 169563)
   PHILIP T. BESIROF (BAR NO. 185053)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone:  (415) 268-7000
5  Facsimile:  (415) 268-7522
   Email:  tgarland@mofo.com
6
   Attorneys for Defendants JDS Uniphase Corporation,
7  Jozef Straus, Anthony Muller, Charles Abbe, Don
   Scifres, Martin A. Kaplan, Bruce D. Day, Robert E.
8  Enos, John A. MacNaughton, Wilson Sibbett, M. Zita
   Cobb, Joseph Ip, Frederick L. Leonberger, Michael C.
9  Phillips, and Harry Deffebach

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                          OAKLAND DIVISION
13

14
   | CENTRAL STATES, SOUTHEAST AND         | No. C-07-0584 CW |
15 | SOUTHWEST AREAS PENSION FUND,         |                  |
   |                                       |                  |
16 |         Plaintiff,                    | **STIPULATION AND ORDER** |
   |                                       | **CONTINUING MAY 6, 2008 CASE** |
17 |    v.                                 | **MANAGEMENT CONFERENCES** |
   |                                       |                  |
18 | JDS UNIPHASE CORPORATION, *et al.*,   |                  |
   |                                       |                  |
19 |         Defendants.                   |                  |
   |---------------------------------------|------------------|
20 |                                       | Master File No. C-02-4656 CW |
   | SHIRLEY ZELMAN, TRUSTEE, F/B/O        |                  |
21 | SHIRLEY ZELMAN LIVING TRUST, on behalf |                |
   | of plaintiff and all others similarly situated, |       |
22 |                                       |                  |
   |         Plaintiff,                    |                  |
23 |                                       |                  |
   |    v.                                 |                  |
24 |                                       |                  |
   | JDS UNIPHASE CORPORATION, *et al.*,   |                  |
25 |                                       |                  |
   |         Defendants.                   |                  |
26

27 *Caption continues on following page*

28

STIPULATION AND [PROPOSED] ORDER CONTINUING MAY 6, 2008 CASE MANAGEMENT CONFERENCES
MASTER FILE NO. C-02-4656 CW AND CASE NOS. C-02-2020 CW AND C-07-0584 CW
sf-2496741

| | |
|---|---|
| ROBERT CORWIN, Derivatively On Behalf of JDS UNIPHASE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>MARTIN A. KAPLAN, *et al.*,<br><br>Defendants.<br><br>and<br><br>JDS UNIPHASE CORPORATION, a Delaware corporation,<br><br>Nominal Defendant. | Case No. C-02-2020 CW |

1  WHEREAS, in its March 12, 2008 Order, the Court continued the case management
2  conferences in the *Central States*, *Zelman*, and *Corwin* actions to May 6, 2008 at 2:00 p.m.;
3  WHEREAS, counsel for Defendant JDS Uniphase Corporation ("JDSU") have travel
4  commitments that present a conflict with the current scheduling for the case management conferences
5  in those actions; and,
6  WHEREAS, the parties have met and conferred regarding counsel's conflict and at the
7  request of counsel for JDSU, counsel for the remaining parties have agreed that a one-week
8  continuance of the case management conferences in the *Central States*, *Zelman*, and *Corwin* actions
9  would be appropriate;
10  IT IS HEREBY STIPULATED by and between the parties in the *Central States*, *Zelman*, and
11  *Corwin* actions, through their counsel of record, that:
12  1.  The May 6, 2008 case management conferences in the *Central States*, *Zelman*, and
13  *Corwin* actions shall be continued to May 13, 2008; and,
14  2.  Updated joint case management statements shall be filed no later than May 6, 2008.

Dated:  April 23, 2008

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER
DANIEL J. PFEFFERBAUM
100 Pine Street, Suite 2600
San Francisco, California 94111
Telephone:  (415) 288-4545
Facsimile:  (415) 288-4534
Email:  chriss@csgrr.com

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SPENCER A. BURKHOLZ
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone:  (619) 231-1058
Facsimile:  (619) 231-7423


By:   /s/ Christopher P. Seefer
        Christopher P. Seefer

Attorneys for Plaintiff Central States, Southeast and
Southwest Pension Fund

Dated: April 23, 2008

MORRISON & FOERSTER LLP
JAMES P. BENNETT
JORDAN ETH
TERRI GARLAND
PHILIP T. BESIROF
DOROTHY L. FERNANDEZ
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
Email:  tgarland@mofo.com


By:   /s/ Terri Garland
         Terri Garland

Attorneys for Defendants JDS Uniphase Corporation, Jozef Straus, Anthony Muller, Charles Abbe, Don Scifres, Martin A. Kaplan, Bruce D. Day, Robert E. Enos, John A. MacNaughton, Wilson Sibbett, M. Zita Cobb, Joseph Ip, Frederick L. Leonberger, Michael C. Phillips, and Harry Deffebach

Dated: April 23, 2008

HELLER EHRMAN LLP
MICHAEL J. SHEPARD
HOWARD S. CARO
333 Bush Street
San Francisco, California 94104-2878
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268
Email:  howard.caro@hellerehrman.com

HELLER EHRMAN LLP
MICHAEL L. CHARLSON
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone:  (650) 324-7000
Facsimile:  (650) 324-0638


By:   /s/ Howard S. Caro
         Howard S. Caro

Attorneys for Defendant Kevin Kalkhoven

STIPULATION AND [PROPOSED] ORDER CONTINUING MAY 6, 2008 CASE MANAGEMENT CONFERENCES
MASTER FILE NO. C-02-4656 CW AND CASE NOS. C-02-2020 CW AND C-07-0584 CW
SF-2496741

2

| | | |
|---|---|---|
| 1 | Dated: April 23, 2008 | KIRBY McINERNEY & SQUIRE LLP |
| 2 | | IRA M. PRESS |
| | | MARK A. STRAUSS |
| 3 | | 830 Third Avenue, 10th Floor |
| | | New York, New York 10022 |
| 4 | | Telephone:  (212) 371-6600 |
| | | Facsimile:  (212) 751-2540 |
| 5 | | Email:  ipress@kmllp.com |

GLANCY, BINKOW & GOLDBERG LLP
LIONEL GLANCY
SUSAN G. KUPFER
455 Market Street, Suite 1810
San Francisco, CA 94105
Telephone:  (415) 972-8160
Facsimile:  (415) 972-8166

GLANCY, BINKOW & GOLDBERG LLP
PETER A. BINKOW
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160


By:   /s/ Ira M. Press
         Ira M. Press

Attorneys for Plaintiff Shirley Zelman, Trustee,
F/B/O Shirley Zelman Living Trust

---

STIPULATION AND [PROPOSED] ORDER CONTINUING MAY 6, 2008 CASE MANAGEMENT CONFERENCES     3
MASTER FILE NO. C-02-4656 CW AND CASE NOS. C-02-2020 CW AND C-07-0584 CW
SF-2496741

| | |
|---|---|
| Dated: April 23, 2008 | THE BRUALDI LAW FIRM P.C.<br>RICHARD B. BRUALDI<br>GAITRI BOODHOO<br>AYESHA N. ONYEKWELU<br>29 Broadway, Suite 2400<br>New York, New York 10006<br>Telephone: (212) 952-0602<br>Facsimile: (212) 952-0608<br><br>GARWIN GERSTEIN & FISHER LLP<br>SCOTT W. FISHER<br>1501 Broadway<br>New York, New York 10036<br>Telephone: (212) 398-0055<br>Facsimile: (212) 764-6620<br><br>KIPERMAN & JOHNS<br>RICHARD S.E. JOHNS<br>57 Post Street, Suite 604<br>San Francisco, California 94104<br>Telephone: (415) 781-8494<br>Facsimile: (415) 397-0792<br><br>By:   /s/ Richard B. Brualdi<br>        Richard B. Brualdi<br><br>Attorneys for Plaintiff Robert Corwin |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April _25, 2008

_____
The Honorable Claudia Wilken
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING MAY 6, 2008 CASE MANAGEMENT CONFERENCES
MASTER FILE NO. C-02-4656 CW AND CASE NOS. C-02-2020 CW AND C-07-0584 CW
SF-2496741

4

## GENERAL ORDER 45 ATTESTATION

I, Timothy W. Blakely, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the May 6, 2008 Case Management Conferences. In compliance with General Order 45, X.B., I hereby attest that Terri Garland, Howard S. Caro, Christopher P. Seefer, Richard P. Brualdi, and Ira M. Press have concurred in this filing.

Dated:  April 23, 2008                               MORRISON & FOERSTER LLP


                                                     By: /s/ Timothy W. Blakely
                                                          Timothy W. Blakely

STIPULATION AND [PROPOSED] ORDER CONTINUING MAY 6, 2008 CASE MANAGEMENT CONFERENCES
MASTER FILE NO. C-02-4656 CW AND CASE NOS. C-02-2020 CW AND C-07-0584 CW
SF-2496741

5